IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RONALD L. RING, | |
|---|---|
| Plaintiff, | 8:17CV235 |
| vs. | |
| LANOHA NURSERIES, INC., a Nebraska Corporation; | ORDER TO SHOW CAUSE |
| Defendant. | |

The Court's records show the Office of the Clerk of Court sent a notice on June 30, 2017 ([Filing No. 5](#)), to James D. Hamilton by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on October 2, 2017 , the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before October 17, 2017,** attorney James D. Hamilton, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing James D. Hamilton as counsel of record for the Plaintiff.

Dated this 3rd day of October, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge